IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

THOMAS R. HUDSON,

        Petitioner,

v.                                        CASE NO. 4:05-cv-00215-MP-AK

JAMES CROSBY,

        Respondent.

_____/

## O R D E R

This matter is before the Court on Doc. 2, Motion for Leave to Proceed *in forma pauperis*, by Thomas R. Hudson.  A review of Petitioner's inmate account statement reveals that he has the funds to pay the $5.00 filing fee, in that his deposits for the last six months average more than $25.00 per month.  Further review of Petitioner's petition will be deferred until the $5.00 filing fee is paid.

Accordingly, it is **ORDERED**:

1.  Petitioner's motion to proceed *in forma pauperis*, Document 2, is **DENIED**.

2.  Petitioner shall have until **August 1, 2005**, to submit the $5.00 filing fee to the Clerk of Court.

3.  **Failure to respond to this order as instructed will result in a recommendation of dismissal of this action for failure to prosecute and failure to comply with an order of this**

**Court**.

**DONE AND ORDERED** this  *1ˢᵗ*   day of July, 2005.

s/ **A.** *KORNBLUM*
**ALLAN KORNBLUM**
**UNITED STATES MAGISTRATE JUDGE**

4:05cv215-MMP/AK